Jonah A. Grossbardt (State Bar No. 283584)
**SCHNEIDER ROTHMAN INTELLECTUAL**
**PROPERTY LAW GROUP, PLLC**
10250 Constellation Boulevard
Suite 100
Los Angeles, CA  90067
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Attorneys for Plaintiff
TODD SIPES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| TODD SIPES,<br><br>                                          Plaintiff,<br><br>v.<br><br>EMPOWER CONSULTING<br>GROUP LLC,<br><br>                                          Defendant. | CASE NO.:  2:18-cv-00066<br><br>**COMPLAINT FOR COPYRIGHT<br>INFRINGEMENT**<br><br>**Demand for Jury Trial** |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT
### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff TODD SIPES by and through undersigned counsel, brings this

Complaint against Defendant EMPOWER CONSULTING GROUP LLC for

damages and injunctive relief, and in support thereof states as follows:

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
LOS ANGELES, CALIFORNIA

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC

LOS ANGELES, CALIFORNIA

**SUMMARY OF THE ACTION**

1.     Plaintiff TODD SIPES ("Sipes") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Sipes's original copyrighted works of authorship.

2.     Mr. Sipes specializes in concert and urban exploration photography of historical sites using HDR and painting with light.  He has been featured in Marin Magazine, Stencil Magazine, Google+ Photos, Roadrunner Records and Smithsonian Magazine, as well as contributing to The Giving Lens and Pinpoint Music.  Mr. Sipes is the author of Urban Exploration Photography: A Guide to Creating and Editing Images of Abandoned Places.

3.     Defendant EMPOWER CONSULTING GROUP LLC ("ECG") is a professional consulting group with an emphasis on strategic alignment.

4.     Sipes alleges that ECG copied Sipes's copyrighted work from the internet in order to advertise, market and promote its business activities.  ECG committed the violations alleged in connection with ECG's business for purposes of advertising and promoting sales to the public in the course and scope of  ECG's business.

**JURISDICTION AND VENUE**

5.     This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6.     This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC

LOS ANGELES, CALIFORNIA

1    7.    ECG is subject to personal jurisdiction in California.

2    8.    Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and

3    1400(a) because the events giving rise to the claims occurred in this district,

4    Defendant engaged in infringement in this district, Defendant resides in this

5    district, and Defendant is subject to personal jurisdiction in this district.

6    **DEFENDANT**

7    9.    Empower Consulting Group LLC is a California limited liability

8    company with its principal place of business at 932 Jacqueline Place, P.O. Box

9    2447, Nipomo, California, 93444, and can be served by serving its Registered

10   Agent, Ms. Elizabeth Christoffersen at the same address.

11   **THE COPYRIGHTED WORK AT ISSUE**

12   10.    In 2011, Sipes created a photograph entitled "Sky Painting", which is

13   shown below and referred to herein as the "Work".

14

15

16   

17

18

19

20

21

3

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC

LOS ANGELES, CALIFORNIA

11. Sipes registered the Work with the Register of Copyrights on May 6, 2014 and was assigned the registration number VA 1-924-940. The Certificate of Registration is attached hereto as Exhibit 1.

12. At all relevant times Sipes was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANT

13. ECG has never been licensed to use the Work at issue in this action for any purpose.

14. On a date after the Work at issue in this action was created, but prior to the filing of this action, ECG copied the Work.

15. ECG copied Sipes's copyrighted Work without Sipes's permission.

16. After ECG copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its consulting services.

17. ECG copied and distributed Sipes's copyrighted Work in connection with ECG's business for purposes of advertising and promoting ECG's business, and in the course and scope of advertising and selling products and services.

18. Sipes's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

19. ECG committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

4

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC

LOS ANGELES, CALIFORNIA

20.     Sipes never gave ECG permission or authority to copy, distribute or display the Work at issue in this case.

21.     Sipes notified ECG of the allegations set forth herein on May 15, 2017.  To date, ECG has failed to respond to Plaintiff's Notice.

22.     Plaintiff has engaged the undersigned attorneys and has agreed to pay them a reasonable fee.

## <u>COUNT I</u>
## COPYRIGHT INFRINGEMENT

23.     Plaintiff incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24.     Sipes owns a valid copyright in the Work at issue in this case.

25.     Sipes registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26.     ECG copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Sipes's authorization in violation of 17 U.S.C. § 501.

27.     ECG performed the acts alleged in the course and scope of its business activities.

28.     Sipes has been damaged.

29.     The harm caused to Sipes has been irreparable.

5

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC

LOS ANGELES, CALIFORNIA

1    WHEREFORE, the Plaintiff prays for judgment against the Defendant

2  Empower Consulting Group LLC that:

3    a.    Defendant and its officers, agents, servants, employees, affiliated

4  entities, and all of those in active concert with them, be preliminarily and

5  permanently enjoined from committing the acts alleged herein in violation of 17

6  U.S.C. § 501;

7    b.    Defendant be required to pay Plaintiff his actual damages and

8  Defendant's profits attributable to the infringement, or, at Plaintiff's election,

9  statutory damages, as provided in 17 U.S.C. § 504;

10    c.    Plaintiff be awarded his attorneys' fees and costs of suit under the

11  applicable statutes sued upon; and

12    d.    Plaintiff be awarded such other and further relief as the Court deems

13  just and proper.

## JURY DEMAND

15    Plaintiff hereby demands a trial by jury of all issues so triable.

16  DATED:  January 3, 2018          */s/ Jonah A. Grossbardt*

17                                  JONAH A. GROSSBARDT
                                    **SCHNEIDER ROTHMAN INTELLECTUAL**
                                    **PROPERTY LAW GROUP, PLLC**

18                                  Attorneys for Plaintiff Todd Sipes

19

20

21